IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-01935-WYD-BNB

SINA JOHNSON,

      Plaintiff,

v.

JAMES J. STANDLEY, an Individual,
D/B/A STANDLEY and ASSOCIATES, LLC, a Colorado limited liability company, and
GTF SERVICES LLC, a Colorado limited liability company,

      Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the Notice of Dismissal With Prejudice [ECF No. 12], filed September 14, 2012.   After carefully reviewing the above-captioned case, I find that the notice should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Notice of Dismissal With Prejudice [ECF No. 12], filed September 14, 2012, is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   September 17, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE